Dismissed and Memorandum Opinion filed August 2, 2007








 

Dismissed
and Memorandum Opinion filed August 2, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00120-CR

____________

 

ERIC WAYNE BROOKS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal
Court at Law No. 8 

Harris County, Texas

Trial Court Cause No.
1419497

 



 

M E M O R A N D U M   O P I N I O N

On July
19, 2007, we abated this appeal in order for the trial court to determine
whether appellant is entitled to appointed counsel on appeal.  On July 25,
2007, a supplemental clerk=s record was filed.  The record contains a motion to dismiss
the appeal filed by counsel and personally signed by appellant.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.  See Tex. R. App. P. 2.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the mandate
of the Court immediately.








PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 2, 2007.

Panel consists of Justices Anderson,
Fowler, and Frost.

Do not publish C Tex.
R. App. P. 47.2(b).